

**ORDERED in the Southern District of Florida on March 14, 2025.**

_____
**Mindy A. Mora, Judge
United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov**

In re:                                                  Case No.: 25-12677-MAM

Jeffrey Marc Siskind,                                   Chapter 13

      Debtor.
_____/

**ORDER DIRECTING JEFFREY SISKIND TO
SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR BAD FAITH**

      On February 11, 2025, the Supreme Court of Florida disbarred Mr. Siskind from the practice of law effective on March 13, 2025. One day before his disbarment took effect, Mr. Siskind filed the above-captioned bankruptcy case.

      About ten months ago, the United States Bankruptcy Court for the Central District of California (the "California Bankruptcy Court") ordered that Mr. Siskind is prohibited from filing any new bankruptcy petition unless: (1) he files a motion

requesting permission to file a new bankruptcy case that is supported by admissible evidence; (2) he serves the motion upon all creditors; (3) the motion is set for hearing on regular notice; and (4) the California Bankruptcy Court grants the motion.[1]

As of the date of this Order and based on the record, this Court cannot assume that Mr. Siskind has complied with the California Dismissal Order. Accordingly, the Court ORDERS that:

1. Mr. Siskind must appear at a hearing to show cause (the "Show Cause Hearing") as to why this bankruptcy case should not be dismissed as a bad faith filing based upon Mr. Siskind's failure to comply with the requirements of the California Dismissal Order.

2. Mr. Siskind must appear at the Show Cause Hearing in person.

3. The Court shall conduct the Show Cause Hearing on **April 1, 2025, at 11:00 a.m.** at the United States Bankruptcy Court, 1515 N. Flagler Drive, Courtroom A, Room 801, West Palm Beach, FL 33401.

4. Although the Court will conduct the hearing in person, any interested party other than Mr. Siskind may attend the hearing remotely using Zoom. To participate remotely, parties must register[2] using the following link: https://www.zoomgov.com/meeting/register/vJItdumqrzstGdoBW4nz6tq3IJmn8ydPxj4.

---

[1] ECF No. 114, Case No. 2:23-bk-11720-VZ (U.S. Bankruptcy Court, Central Dist. Of CA) (the "California Dismissal Order").

[2] If a party is unable to register online, please contact Maria Romaguera, Courtroom Deputy, at (561) 514-4109 or email Maria_Romaguera@flsb.uscourts.gov.

5. All participants (including those present via Zoom) must observe the formalities of the courtroom, exercise civility, and conduct themselves in a manner consistent with the dignity of the Court. This includes appropriate courtroom attire.

###

<u>Copy to:</u>

All interested parties by Clerk of Court.