**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**www.flsb.uscourts.gov**

In re:                                                      Case No. 25-12677
                                                                      Chapter 13

JEFFREY MARC SISKIND

                    Debtor        /

## DECLARATION REGARDING PAYMENT ADVICES

**Debtor**:

____ Copies of all payment advices, pay stubs or other evidence of payment received by the debtor from any employer within 60 days prior to the filing of the bankruptcy petition are attached. (Note: If you worked some, but not all of the 60 days prior, attach copies of any and all received and provide explanation that you didn't work the full 60 days. _____)

____ Copies of all payment advices **are not** attached because the debtor had no income from any employer during the 60 days prior to filing the bankruptcy petition.

_X_ Copies of all payment advices **are not** attached because the debtor:
    ___ receives disability payments
    ___ is unemployed and does not receive unemployment compensation
    ___ receives Social Security payments
    ___ receives a pension
    ___ does not work outside the home
    _X_ is self employed and does not receive payment advices

____ None of the statements above apply, however, the debtor is unable to timely provide some or all copies of payment advices or other evidence of payment received
Explain: _____

**Joint Debtor (if applicable):**

____ Copies of payment advices, pay stubs or other evidence of payment received by the joint debtor from any employer within 60 days prior to the filing of the bankruptcy petition are attached. (Note: If you worked some, but not all of the 60 days prior, attach copies of any and all received and provide explanation that you didn't work the full 60 days. _____)

____ Copies of payment advices **are not** attached because the joint debtor had no income from any employer during the 60 days prior to filing the bankruptcy petition.

\_\_\_\_\_  Copies of payment advices **are not** attached because the joint debtor:
    \_\_\_receives disability payments
    \_\_\_is unemployed and does not receive unemployment compensation
    \_\_\_receives Social Security payments
    \_\_\_receives a pension
    \_\_\_does not work outside the home
    \_\_\_is self employed and does not receive payment advices

\_\_\_\_\_  None of the statements above apply, however, the joint debtor is unable to timely provide some or all copies of payment advices or other evidence of payment received
Explain: _____

*NOTE: When submitting copies of evidence of payment such as pay stubs or payment advices, it is your responsibility to redact (blackout) any social security numbers, names of minor children, dates of birth or financial account numbers before attaching for filing with the court. See Local Rule 5005-1(A)(2).*

/s/ Jeffrey Marc Siskind                                            Date: 03/18/2025
Signature of Attorney or Debtor

_____                    Date:_____
Signature of Joint Debtor, if applicable