UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

FILED-USBC, FLS-WPB
'25 MAR 27 PM 3:11

IN RE:                                                    Case No. 25-12677-MAM

    JEFFREY MARC SISKIND,                      Chapter 13

            Debtor.

_____/

## DEBTOR'S RESPONSE TO ORDER DIRECTING JEFFREY SISKIND TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR BAD FAITH FILING

COMES NOW the Debtor, Jeffrey Marc Siskind, Pro Se, and files this *RESPONSE TO* Order Directing

Jeffrey Siskind to Show Cause Why Case Should Not Be Dismissed for Bad Faith Filing, and

states:

1.    Debtor believes that the bar against refiling for relief contained in the *Order and*

*Notice of Dismissal Arising from Chapter 13 Dismissal Hearing [11 USC 349]* rendered in the

Central District of California on May 15, 2024 (attached as "Exhibit A") was never intended to

apply to a bankruptcy case filed subsequently in a foreign jurisdiction.

2.    In order to ascertain that this was the California court's intent, Debtor filed an Ex

Parte Expedited Motion for Clarification of the Order and Notice of Dismissal Arising from

Chapter 13 Dismissal Hearing [11 USC 349] (attached as "Exhibit B") in the Central District of

California bankruptcy court which seeks clarification as to whether the order was intended to

enjoin Debtor from filing a subsequent case elsewhere, and lodged a proposed order (attached as

"Exhibit C").

3.    Furthermore, Code section 11 USC 109(g) referred to by 11 USC 349(a) cannot

serve as the basis to prevent a subsequent bankruptcy case filing because it would only operate

under certain circumstances, none of which were present in the Debtor's prior filed California

case, and any 180-day prejudice period would have already lapsed.

4.    Debtor submits that the Court should find that Debtor acted in good faith or abstain from making any finding until such time as the Central District of California rules on Debtor's attached motion.

WHEREFORE, Debtor requests that the Court find that it acted in good faith or abstain from making any finding until such time as the Central District of California rules on Debtor's attached motion.

Jeffrey Marc Siskind
3465 Santa Barbara Drive
Wellington, FL 33414
TEL    (561) 791-9565
FAX    (561) 791-9581
Email: jeffsiskind@msn.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing paper will be served upon the filing hereof on all registered parties registered on CM/ECF, listed below, this 27th day of March, 2025, which parties include the Office of the United States Trustee, Robin Weiner, Esquire, the Chapter 13 Standing Trustee and any parties that have duly noticed their appearance.

Jeffrey Marc Siskind

# EXHIBIT A

Form van152–od13c
Rev. 06/2017

2018CA 006574



# United States Bankruptcy Court
## Central District of California

**255 East Temple Street, Los Angeles, CA 90012**

## ORDER AND NOTICE OF DISMISSAL
## ARISING FROM CHAPTER 13 CONFIRMATION HEARING [11 U.S.C. § 349]

**DEBTOR INFORMATION:**
Jeffrey Marc Siskind

**BANKRUPTCY NO.** 2:23–bk–11720–VZ

**CHAPTER** 13

**Last four digits of Social–Security or Individual Taxpayer–Identification (ITIN) No(s)., (if any):** ▆▆▆▆▆
**Employer Tax–Identification (EIN) No(s).(if any):** N/A
**Debtor Dismissal Date:** 5/15/24

**Address:**
3465 Santa Barbara Dr
Wellington, FL 33414

Pursuant to the court's findings and conclusions made at the confirmation hearing in this case,
IT IS ORDERED THAT:

(1)   debtor's bankruptcy case is dismissed;

(2)   the court retains jurisdiction on all issues involving sanctions, any bar against being a debtor in bankruptcy, all issues arising under Bankruptcy Code §§ 105, 109(g), 110, 329, 349, and 362, and to any additional extent provided by law; and

(3)   pursuant to Bankruptcy Code Section 349, debtor is prohibited from filing any new bankruptcy petition unless:

    (a)   debtor files a motion to request permission to file a new bankruptcy case ("Motion"), and the Motion is supported by admissible evidence;

    (b)   the Motion is served upon all creditors;

    (c)   the Motion is set for hearing on regular notice; and

    (d)   the court grants the Motion.

Prohibition From Filing a Chapter 13 Case Without First
Obtaining Order of The Court Authorizing Him to do so

Dated: May 15, 2024

BY THE COURT,

**Kathleen J. Campbell**
Clerk of Court

Form van152–od13c Rev. 06/2017

**114 – 2 / SC2**

EXHIBIT B

Jeffrey Marc Siskind
3465 Santa Barbara Drive
Wellington, Florida 33414
TELEPHONE (561) 791-9565
DIRECT        (561) 352-9166
FACSIMILE:  (561) 352-9166
EMAIL: jeffsiskind@msn.com

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION

IN RE:                                           CASE NO. 2:23-BK-11720-VZ

      JEFFREY MARC SISKIND.                  CHAPTER 13

              Debtor.

_____/

## EX PARTE EXPEDITED MOTION FOR CLARIFICATION OF ORDER AND NOTICE OF DISMISSAL ARISING FROM CHAPTER 13 CONFIRMATION HEARING [11 U.S.C. § 349]

*THIS EXPEDITED MOTION TO OBTAIN CLARIFICATION IN SUCH TIME AS NOT TO IMPEDE THE DEBTOR'S CURRENT CHAPTER 13 FILING IN ANOTHER JURISDICTION*

COMES NOW the Debtor, Pro Se, and files this Ex Parte Expedited Motion for Clarification of Order and Notice of Dismissal Arising from Chapter 13 Confirmation Hearing [11 U.S.C. §349], and states:

1.     Debtor's instant bankruptcy case was dismissed when confirmation was denied on May 15, 2024.

2.     The Order and Notice of Dismissal Arising from Chapter 13 Confirmation Hearing [11 U.S.C. § 349] (hereinafter, the "Order") that was rendered on May 15, 2024 prohibits Debtor from filing for bankruptcy protection unless it obtains an Order from the Court authorizing Debtor to do so after notice to all creditors (hereinafter, the "Preclusion Clause").

3.     Debtor recalls that the Court stated that it would render its 'standard order' when it denied confirmation and dismissed the Debtor's case, which dismissal Debtor believed was

based upon the Chapter 13 Trustee's assertion that there still remained two outstanding disclosures that Debtor failed to file before the date set for confirmation.

4.      Debtor has practiced bankruptcy for more than ten (10) years in Florida and Maryland does not believe that this Court's dismissal which was without prejudice was intended to affect Debtor's ability to file for relief in a foreign jurisdiction. Instead, Debtor interpreted this Court's Preclusion Clause as only having effect in the Central District of California.

5.      Debtor no longer has a jurisdictional basis to file in the Central District of California, but found it necessary to file a Chapter 13 bankruptcy case on March 12, 2025 in the district where Debtor resides: the Southern District of Florida.

6.      Debtor seeks expedited clarification that this Court intended that its Preclusion Clause have effect only in the instant jurisdiction to avoid being found to have filed its current Chapter 13 case filed in the Southern District of Florida in bad faith.

7.      Debtor has been served with an Order to Show Cause by the Southern District of Florida Bankruptcy Court as to why it did not violate this Court's dismissal order by filing its current Chapter 13 case and is required to appear to defend against it on April 1, 2025.

WHEREFORE, Debtor requests that this Court clarify its May 15, 2024 Order and Notice of Dismissal Arising from Chapter 13 Confirmation Hearing [11 U.S.C. §349] to state that the Preclusion Clause only affects Debtor if it intends to file another case in the instant division as opposed to a case filed in another state, and for such other and further relief as appropriate.

Respectfully submitted this 26th day of March, 2025.

Jeffrey M. Siskind, Pro Se Debtor
3465 Santa Barbara Drive Wellington, Florida 33414
TELEPHONE (561) 791-9565 FACSIMILE (561) 791-9581
Emails:  jeffsiskind@msn.com & jeffsiskind@gmail.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing response was provided to the Office of Nancy K. Curry, Chapter 13 Trustee, and all parties registered to receive notices by CM/ECF on March 26, 2025.

Jeffrey M. Siskind, Pro Se Debtor

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.   My business address is:

A true and correct copy of the foregoing document entitled (*specify*):

Ex Parte Expedited Motion for Clarification of Order and Notice of Dismissal Arising from Chapter 13 Confirmation Hearing [11 USC 349]

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) March 26,2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☑ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) March 26, 2025, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Honorable Vincent P. Zurzolo
United States Bankruptcy Court
Central District of California
255 E. Temple Street, Suite 1360
Los Angeles, CA 90012

☑ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**:  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) March 26, 2024, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| 3-26-2025 | Josef Schneider | |
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                **F 9013-3.1.PROOF.SERVICE**

## PROOF OF SERVICE OF DOCUMENTS

### ATTACHMENT TO ITEM #1

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

JaVonne M Phillips
McCarthy & Holthus, LLP
bknotice@mccarthyholthus.com

Arvind Nath Rawal
arawal@aisinfo.com

Nancy K Curry (TR)
trustee13la@aol.com

Caren J. Castle
ccastle@idealawgroupllc.com

### ATTACHMENT TO ITEM #2

Honorable Vincent P. Zurzolo
United States Bankruptcy Court
Central District of California
255 East Temple Street, Suite 1360
Loa Angeles, CA 90012

Florida Elections Commission
Attn: Mattie Clay
107 West Gaines Street Ste 224
Tallahassee, FL 32399-1050

Office of the U.S. Trustee
51 SW First Avenue, Room 1204
Miami, FL 33130-1614

US Dept of Education
PO Box 16448
St Paul, MN 55116-0448

Civitek
PO Box 16428
Tallahassee, FL 32317-6428

Franchise Tax Board
Bankruptcy Section MS A340
PO Box 2952
Sacramento, CA 95812-2952

LNVN Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

PayPal
2211 North First Street
San Jose, CA 95131-2021

Robert Gibson
2385 NW Executive Center Drive Ste 100
Boca Raton, FL 33431-8510

USIRS
PO Box 7346
Philadelphia, PA 19101-7346

Christopher George
1861 Primrose Lane
Wellington, FL 33414-8662

FVRMS, LLC
c/o Zaretsky Law Group
1615 Forum Place 3A
West Palm beach, FL 33401-2316

Mobiloans
PO Box 1409
Marksville, LA 71351-1409

Uetsa Tsakiits Inc. dba MaxLend
PO Box 760
Loa Angeles, CA 90017-2466

EXHIBIT C

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Jeffrey Marc Siskind<br>3465 Santa Barbara Drive<br>Wellington, FL  33414<br><br><br><br><br>☒  Individual appearing without an attorney<br>☐  Attorney for: | |

| | UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION | |
|---|---|---|
| In re:<br>Jeffrey Marc Siskind<br><br><br><br><br><br><br><br>Debtor(s) | CASE NO.:  23-bk-11720-VZ<br>CHAPTER: 13                          ☒<br><br><br>**NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:** *(title of motion[1]):*<br>.Ex Parte Expedited Motion for Clarification of Order and Notice of Dismissal Arising from Chapter 13 Confirmation Hearing [11 USC 349] | |

PLEASE TAKE NOTE that the order titled Order Clarifying Order and Notice of Dismissal Arising from Chapter 13 Confirmation Hearing [11 USC 349]

was lodged on (date) __03/26/2025__ and is attached. This order relates to the motion which is docket number 129.

---

[1]  Please abbreviate if title cannot fit into text field.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

Jeffrey Marc Siskind
3465 Santa Barbara Drive
Wellington, FL 33414
Phone: 561-791-9565
Email: jeffsiskind@msn.com
Pro Se Debtor

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 2:23-bk-11720-VZ |
| Jeffrey Marc Siskind, | ) | Chapter 13 |
| Debtor. | ) | **ORDER CLARIFYING ORDER AND NOTICE OF DISMISSAL ARISING FROM CHAPTER 13 CONFIRMATION HEARING [11 USC 349] (ECF 129)** |
| | ) | |
| | ) | Date: N/A; Ex Parte Expedited Motion Time: N/A; Decided in Chambers Courtroom:1368, Roybal Federal Building 155 E Temple St., Los Angeles, CA 90012 |
| | ) | |
| | ) | |

THIS MATTER came before the Court on Debtor's Ex Parte Expedited Motion to Clarify Order and Notice of Dismissal arising from Chapter 13 Confirmation Hearing (11 USC 349] filed at ECF 129 (hereinafter "Motion"). The Court, having reviewed the Motion, its order at ECF 114 and being otherwise fully informed in the premises, does hereby

ORDER AND ADJUDGE that for the reasons stated in the Motion and on the record of the Confirmation hearing, Debtor's Motion is GRANTED. The Court's order rendered on May 15, 2024 at ECF 114 is clarified by adding the following language; Debtor need only obtain permission of this Court if Debtor intends to file a new bankruptcy case in this District. The order does not preclude Debtor from filing for relief under the United States Bankruptcy Code in any other jurisdiction.

### ###

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

A true and correct copy of the foregoing document entitled (*specify*):

Lodgment of Proposed Order on Debtor's Ex Parte Expedited Motion for Clarification of Order and Notice of Dismissal

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) March 26, 2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☑ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) March 26, 2025, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Honorable Vincent P. Zurzolo
United States Bankruptcy Court
Central District of California
255 E. Temple Street, Suite 1360
Los Angeles, CA 90012

☑ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) March 26, 2025, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| 3-26-2025 | Josef Schneider | |
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

## PROOF OF SERVICE OF DOCUMENTS

ATTACHMENT TO ITEM #1

> United States Trustee (LA)
> ustpregion16.la.ecf@usdoj.gov
>
> JaVonne M Phillips
> McCarthy & Holthus, LLP
> bknotice@mccarthyholthus.com
>
> Arvind Nath Rawal
> arawal@aisinfo.com
>
> Nancy K Curry (TR)
> trustee13la@aol.com
>
> Caren J. Castle
> ccastle@idealawgroupllc.com

ATTACHMENT TO ITEM #2

> Honorable Vincent P. Zurzolo
> United States Bankruptcy Court
> Central District of California
> 255 East Temple Street, Suite 1360
> Loa Angeles, CA  90012
>
> Florida Elections Commission
> Attn: Mattie Clay
> 107 West Gaines Street Ste 224
> Tallahassee, FL 32399-1050
>
> Office of the U.S. Trustee
> 51 SW First Avenue, Room 1204
> Miami, FL 33130-1614
>
> US Dept of Education
> PO Box 16448
> St Paul, MN 55116-0448